GENERAL COURT, OCTOBER TERM, 1803.

## WEST vs. HUGHES.

*An attachment may be had against a sheriff for not returning a writ*

THIS was a writ of *venditioni exponas* directed to the sheriff of Harford county, and returnable to this term. 'But no return being made,

*Mason*, for the Plaintiff, moved the court for an *attachment* against the sheriff, and cited *5 Burr.* 2686, 2502, 651.

THE COURT. Let the *attachment* issue.